**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, N.J. 08540
Tel. (609) 987-0050
Attorneys for Defendant,
IndyMac Bank, F.S.B.

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY – NEWARK VICINAGE

---

| | |
|---|---|
| ANGELA SIRIANNI, | : |
| Plaintiff, | : |
| | : Civil Action No: 2:08-cv-0250-PGS-ES |
| v. | : |
| DANA CAPITAL CORP., DANA SMITH, MORGAN ADZEI, NATIONWIDE ABSTRACT, LLC, A. KADER MARTINEZ, INDYMAC BANK, FSB, INDYMAC BANCOPRP., JOHN DOE NO. 1-10 AND ABC CORP. NO. 1-10, | : **STIPULATION OF DISMISSAL OF CROSSCLAIMS WITH PREJUDICE** |
| Defendants. | : |

---

Defendant IndyMac Bank, F.S.B. and Defendants, Nationwide Abstract, LLC and A. Kadar Martinez (collectively the "Parties") in the above-referenced matter have agreed, through their counsel, to dismiss ***any and all claims and crossclaims*** they have filed against each other. The parties have agreed to dismiss these claims, with prejudice, without attorneys' fees or costs to any party.

{00371666; 1}

SCHWARTZ, SIMON, EDELSTEIN,
CELSO & KESSLER, LLP
Attorneys for Defendants
Nationwide Abstract, LLC and
A. Kadar Martinez

_____
Mitchel Tarter, Esquire

Dated: August 6, 2008


REED SMITH LLP
Attorneys for Defendant
IndyMac Bank, FSB

_____
Diane A. Bettino, Esquire

Dated: August 6, 2008


SO ORDERED: /s/ Peter G. Sheridan
DATED: 9/23/08